AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

┌─ OFFENSE CHARGED ─┐
8 U.S.C. Sections 1326(a) and (b) - Deported Alien Found in the United States

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
20 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment

┌─ DEFENDANT - U.S. ─┐
JOSE ANTONIO DEL TORO-SANCHEZ

MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR 08-0142 SBA

┌─ PROCEEDING ─┐
Name of Complainant Agency, or Person (&Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  AUSA Chinhayi J. Coleman

┌─ DEFENDANT ─┐

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☑ No
} If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... if Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

┌─ ADDITIONAL INFORMATION OR COMMENTS ─┐
PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments: _____

# United States District Court

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
### VENUE: OAKLAND

**FILED**

MAR - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA,

**V.**

JOSE ANTONIO DEL TORO-SANCHEZ

CR08-0142 SBA

DEFENDANT.

## INDICTMENT

8 U.S.C. §§ 1326(a) and (b) - Deported Alien Found in
the United States

A true bill.

_____ Foreman

Filed in open court this _5_ day of
_MARCH, 2008_

_____ Clerk

3-5-08

Bail, $ _____ NO PROCESS

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

MAR – 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-0142 SBA |
| Plaintiff, | |
| v. | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) –<br>Deported Alien Found in the United States |
| JOSE ANTONIO DEL TORO-SANCHEZ, | OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

1.    Prior to January 13, 2008, the defendant, JOSE ANTONIO DEL TORO-SANCHEZ, was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2.    On or about January 13, 2008, the defendant, JOSE ANTONIO DEL TORO-SANCHEZ, was removed, excluded, and deported from the United States.

3.    After January 13, 2008, the defendant, JOSE ANTONIO DEL TORO-SANCHEZ, knowingly and voluntarily reentered and remained in the United States.

///

INDICTMENT

4.    On or about February 25, 2008, in the Northern District of California, the defendant, JOSE ANTONIO DEL TORO-SANCHEZ, an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

DATED:  March 5, 2008

A TRUE BILL.

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form:

AUSA Chinhayi J. Coleman

INDICTMENT