UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 4/8/08

CR 08-00142SBA          JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>

DEL TORO-SANCHEZ          Present (X) Not Present ( ) In Custody (X)
   DEFENDANT(S)

<u>CHINHAYI COLEMAN</u>          <u>SHAWN HALBERT</u>
U.S. ATTORNEY          ATTORNEY FOR DEFENDANT(S)

Deputy Clerk: Lisa R. Clark          <u>DIANE SKILLMAN</u>
                                         Court Reporter

<u>ANGELA ZAWADSKY</u>
Interpreter                     Probation Officer

**PROCEEDINGS**

**REASON FOR HEARING: STATUS - HELD**

**RESULT OF HEARING: COURT FINDS EXCLUDABLE TIME BASED ON ADEQUATE PREPARATION OF COUNSEL UNTIL 5/6/08**

**JUDGMENT:**

**PROCEEDINGS**

Case Continued to_____ for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing @ 9:00 a.m.
Case Continued to_____ @ 9:00 a.m. for_____ Motions
Brief Sched. Motion papers by_____ Opposition by_____ Reply by____
Case Continued to_____ for Pretrial Conference at 11:00 a.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____
Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.
Case Continued to  5/6/08  for Judgment & Sentencing as to Count(s) _____ of the (Indictment/Information) @ 10:00 a.m.
Case Continued to  5/6/08  for Change of Plea @ 11:00 a.m.
cc: