UNITED STATES DISRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASE NUMBER | CR-08-142 SBA |
| DEFENDANT'S NAME | JOSE ANTONIO DEL TORO-SANCHEZ |
| DEFENDANT'S COUNSEL | SHAWN HALBERT |
| DUE DATE | 5/6/08 @ 10:00 AM |

---------------------------------NOTICE TO DEFENSE COUNSEL-------------------------------------

The Court has directed that a:

|   |   |
|---|---|
| __X__ | Pre-Plea Presentence Investigation Criminal History Only |
| _____ | Presentence Investigation |
| _____ | Bail supervision |
| _____ | Postsentence Investigation |
| _____ | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the ***Probation Office, Room 220S, 2nd Floor*** before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

by: _Lisa R. Clark_
Lisa R. Clark, Deputy Clerk
Dated: 4/8/08

U.S. Probation Office~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is Defendant in custody ?  yes or no
Is Defendant English speaking? yes or no [*Interperter:*_____]
Defendant's address: _____
_____
_____