**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

**Date:5/6/08**

**CR 08-142 SBA**                    **JUDGE: SAUNDRA BROWN ARMSTRONG**

**JOSE ANTONIO DEL TORO-SANCHEZ**          **Present (X) Not Present ( ) In Custody (X**
    **DEFENDANT(S)**

**CHINHAYI COLEMAN**                    **SHAWN HALBERT**
**U.S. ATTORNEY**                    **ATTORNEY FOR DEFENDANT(S)**

**Deputy Clerk:  Lisa R. Clark**              **RAYNEE MERCADO**
                                          **Court Reporter**

 **ANGELA ZAWADSKI**                    **BRIAN CASAI**
 **Interpreter**                    **Probation Officer**
                                         **PROCEEDINGS**

**REASON FOR HEARING:  CHANGE OF PLEA - HELD; JUDGMENT & SENTENCING - HELD**
**RESULT OF HEARING: DEFENDANT PLED GUILTY TO CT. 1 OF THE INDICTMENT.**

**JUDGMENT: 6 MONTHS BOP; 3 YEARS SUPERVISED RELEASE; $100.00 SPECIAL**
**ASSESSMENT  SEE JUDGMENT & COMMITMENT ORDER FOR SPECIFICS**

**PROCEEDINGS**

**Case Continued to_____for Further Status/Trial Setting/ Motion Setting/Evidentiary Hearing**
**@ 9:00 a.m.**
**Case Continued to_____ @ 9:00 a.m. for_____ Motions**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**Case Continued to_____for Pretrial Conference at 11:00 a.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due_____**
**Responses to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:___Days/weeks) at 8:30 a.m.**
**Case Continued to_____for SUPERVISED RELEASE DISPOSITION @ 10:00 a.m.**
**Case Continued to_____for Change of Plea @ 11:00 a.m.6-555**
**cc:**