```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  NED SMOCK
    Assistant Federal Public Defender
 3  19th Floor Federal Building-Box 36106
    450 Golden Gate Ave.
 4  San Francisco, CA 94102
    Telephone:  (415) 436-7700
 5
    Counsel for Defendant SANCHEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-0142 SBA |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF SUBSTITUTION OF ATTORNEY |
| DEL TORO SANCHEZ, | ) | |
| Defendant. | ) | |

     The Federal Public Defender was previously appointed as counsel for defendant in the above captioned case pending before the Court.  Pursuant to Criminal Local Rule 44-2 (a), undersigned counsel, Assistant Federal Public Defender Ned Smock, enters his general appearance for defendant in place of Assistant Federal Public Defender Shawn Halbert.  Counsel's contact information is listed above.

Dated: May 14, 2008

                              Respectfully submitted,

                              BARRY J. PORTMAN
                              Federal Public Defender

                              /S/

                              NED SMOCK
                              Assistant Federal Public Defender